# United States District Court

_____ DISTRICT OF _____

Robert Waldheim

V.

Home Depot U.S.A., Inc.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

05-30116-MAP

TO: (Name and address of defendant)

Home Depot U.S.A., Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael O. Shea, Esq.
451 Main Street
Wilbraham, MA 01095

an answer to the complaint which is herewith served upon you, within _TWENTY (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

DATE  5/24/05

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                          Signature of Server

_____
Address of Server

I, Tracy Thomas Boland, hereby accept service of process of the <u>Plaintiff's Complaint And Jury Demand</u> and <u>Civil Action Cover Sheet</u> on behalf of the Defendant, Home Depot U.S.A., Inc. on this 7 day of July, 2005.

_____
Tracy Thomas Boland

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.