UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ROBERT WALDHEIM,

        Plaintiffs,                      Civil Action No.05-30116-MAP

v.

HOME DEPOT U.S.A., INC.,

        Defendant.

_____

## NOTICE OF APPEARANCE

Please enter the appearance of Tracy Thomas Boland as attorney for the defendant Home Depot U.S.A., Inc., along with Robert P. Joy and Joseph P. McConnell, in this matter.

                      HOME DEPOT U.S.A., INC.

                      By its attorneys,

                      /s/ Tracy Thomas Boland
                      Robert P. Joy (BBO# 254820)
                      Joseph P. McConnell (BBO# 566412)
                      Tracy Thomas Boland (BBO# 638878)
                      MORGAN, BROWN & JOY, LLP
                      200 State Street
                      Boston, MA 02109
                      (617) 523-6666

Dated: August 25, 2005

2

**<u>CERTIFICATE OF SERVICE</u>**

  I, Tracy Thomas Boland, hereby certify that I have caused a copy of Defendants' Answer and Affirmative Defenses to be served upon Plaintiff's attorney, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by first-class mail on this 25th day of August, 2005.

                <u>/s/ Tracy Thomas Boland</u>
                Tracy Thomas Boland