UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT WALDHEIM,
                       Plaintiff

v.                                              Civil Action No.: 05-30116

HOME DEPOT U.S.A., INC.,
                       Defendant

## JOINT STATEMENT AND PROPOSED PRETRIAL SCHEDULE

1. **Discovery**: The parties confirm their obligation to limit discovery set forth in Fed. R. Civ. P. 26(b) and they wish to conduct discovery in phases. The parties propose that the first phase be limited to developing information needed for a realistic assessment of the case and a determination as to whether dispositive motions would be appropriate, and the second phase directed at experts, if any, and otherwise developing the case for trial. The proposed schedule is as follows:

   A. All non-expert discovery completed no later than **January 30, 2006**.

   B. Motions to Compel to be filed by **February 15, 2006**.

   C. Rule 56 Motions: Filed no later than **March 15, 2006**.

2. **Expert Discovery**:

   A. If no Rule 56 Motions are filed, Plaintiff to disclose experts, if any, by **April 14, 2006**, and Defendant to disclose experts by **May 15, 2006**. All expert depositions concluded by **June 1, 2006**.

   B. If any Rule 56 Motions are filed and case not disposed of by the same, Plaintiff to disclose experts within one month after date of decision on said motion, and Defendant to disclose experts within one month after Plaintiff discloses experts. All expert depositions concluded by one month after.

3. **Local Rule 16.1 Certifications**: **To be submitted separately**.

4. <u>Trial by Magistrate Judge</u>: The Parties could not agree on consenting to trial by magistrate judge.

Respectfully submitted,

| ROBERT WALDHEIM | HOME DEPOT, U.S.A., INC. |
|---|---|
| By: *[signature]* <br> Michael O. Shea, Esq. <br> Counsel for Plaintiff <br> Law Office of Michael O. Shea, P.C. <br> 451 Main Street <br> Wilbraham, MA 01095 <br> Telephone No.: (413)596-8005 <br> Facsimile No.: (413)596-8095 <br> BBO# 555474 | By: *[signature]* <br> Tracy Thomas Boland, Esq. <br> Counsel for Defendant <br> Morgan, Brown & Joy, LLP <br> 200 State Street <br> Boston, MA 02109 <br> Telephone No.: (617)523-6666 <br> Facsimile No.: (617)367-3125 <br> BBO# 638878 |

Dated: September 13, 2005