UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WALDHEIM,<br>　　　　　　　Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br>　　　　　　　Defendant | Civil Action No.: 05-30116 |

**PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Local Rule 16.1, the Plaintiff, Robert Waldheim, and his Counsel certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course of the above-captioned litigation through trial, and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the instant litigation through an ADR program.

Respectfully submitted,

_____          Date:  September 20, 2005
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095


_____
Robert Waldheim

## Certificate of Service

I, Michael O. Shea, hereby certify that on this 20th day of September, 2005, I served the foregoing document by mailing a copy of the same to Counsel of Record for the Defendant.

*/s/ Michael O. Shea*

2