UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT WALDHEIM,

        Plaintiffs,                       Civil Action No.05-30116-MAP

v.

HOME DEPOT U.S.A., INC.,

        Defendant.

## DEFENDANT'S
## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), Home Depot U.S.A., Inc. (hereinafter "Defendant") and its counsel, hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation. In addition, Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs. Defendant will be prepared to respond to whether it will agree to attempt to resolve this litigation by such a program at the Joint Scheduling Conference.

Respectfully submitted,

HOME DEPOT U.S.A., INC.
2455 Paces Ferry Road, N.W.
Atlanta, GA 30339-4024

_/s/ Wanda M. Morris_
Wanda M. Morris, Esq.
Director – Legal, Employment and Labor Law

And by its attorneys,

_/s/ Robert P. Joy_
Robert P. Joy (BBO# 254820)
Joseph P. McConnell (BBO# 566412)
Tracy Thomas Boland (BBO# 638878)
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666

Dated: September 20, 2005

**CERTIFICATE OF SERVICE**

I, Tracy Thomas Boland, hereby certify that I have caused a copy of the foregoing to be served upon Plaintiff's attorney, Michael O. Shea, Esq., 451 Main Street, Wilbraham, MA 01095, by ECF on this 20 day of September, 2005.

_/s/ Tracy Thomas Boland_
Tracy Thomas Boland