UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT WALDHEIM,<br>                    Plaintiff<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br>                    Defendant | Civil Action No.: 05-30116 |

### NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, ROBERT WALDHEIM

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Robert Waldheim, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
ROBERT WALDHEIM
By His Attorneys

_____
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: September 28, 2005

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 28th day of September, 2005 by electronic filing with the Court, pursuant to Fed. R. Civ. P. 5(2)(D).

Anne S. Diebold