```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

ROBERT WALDHEIM,              )
       Plaintiff     )
                     )
       v.            ) CIVIL ACTION NO. 05-30116-MAP
                     )
HOME DEPOT U.S.A., INC.,      )
       Defendant     )

### PRETRIAL SCHEDULING ORDER

#### September 30, 2005

PONSOR, D.J.

    Counsel for both parties appeared before this court for a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 on September 30, 2005. Based on counsel's representations, the court orders as follows:

    1. All automatic discovery will be exchanged by October 14, 2005.

    2. All interrogatories and requests for production will be served by November 14, 2005.

    3. All non-expert depositions will be completed by January 31, 2006.

    4. Also on January 31, 2006, the plaintiff will convey to the defendant a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial.

    5. Defendant's Motion for Summary Judgment will be filed by February 28, 2006.

    6. Plaintiff's opposition to defendant's Motion for Summary Judgment will be filed by March 31, 2006.

    7. Counsel will appear again before this court for argument on defendant's Motion for Summary Judgment on April 11, 2006 at 2:00 p.m.

**8.   In the event that defendant decides not to file a Motion for Summary Judgment, the court should be notified no later than February 28, 2006.  Following ruling on the Motion for Summary Judgment, the court will set a schedule for further schedule for completion of expert discovery and for trial.**

**It is So Ordered.**

<pre>
                          /s/ Michael A. Ponsor
                          MICHAEL A. PONSOR
                          United States District Judge
</pre>