UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT WALDHEIM,
                    Plaintiff

v.

HOME DEPOT U.S.A., INC.,
                    Defendant

Civil Action No.: 05-30116

## NOTICE OF APPEARANCE OF ANNE S. DIEBOLD AS CO-COUNSEL FOR THE PLAINTIFF, ROBERT WALDHEIM

NOW COMES Anne S. Diebold and respectfully requests that the court enter her appearance as co-counsel for the Plaintiff, Robert Waldheim, in the above-entitled matter.

Respectfully submitted,

The Plaintiff
ROBERT WALDHEIM
By His Attorneys

_____
ANNE S. DIEBOLD
BBO No. 657626
MICHAEL O. SHEA
BBO No. 555474
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: October 26, 2005

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 26th day of October 2005 by first-class mail, postage prepaid.

_Anne S. Diebold_