UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30116-MAP

ROBERT WALDHEIM,
                    Plaintiff

v.

HOME DEPOT, U.S.A.,
                    Defendant

## JOINT MOTION TO EXTEND THE DEADLINES IN THE PRETRIAL SCHEDULING ORDER BY FORTY-FIVE DAYS

The above-referenced Parties hereby request that the Pretrial Scheduling Order, issued by U.S. District Court Judge Michael A. Ponsor on September 30, 2005, be extended as follows:

(1) that the deadline for all non-expert depositions be extended for forty-five (45) days, resulting in non-expert depositions being completed by March 13, 2006;

(2) that also on March 13, 2006, the Plaintiff will convey to the Defendant a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial;

(3) Defendant's Motion for Summary Judgment will be filed by April 14, 2006;

(4) Plaintiff's opposition to Defendant's Motion for Summary Judgment will be filed by May 16, 2006;

(5) Counsel for the Plaintiff and Counsel for the Defendant will appear before the Court for argument on Defendant's Motion for Summary Judgment on May 26, 2006 at 2:00 p.m. or at a time convenient for the Court;

(6) In the event that Defendant decides not to file a Motion for Summary Judgment, the Defendant will notify the Court no later than May 14, 2006.

The Parties make this request for the following reasons:

1. All non-expert depositions are currently to be completed by January 31, 2006.

2. The Parties need additional time in which to complete discovery for good cause, as they have served all written discovery requests and have noticed depositions, yet upcoming holiday, vacation, and trial schedules preclude the completion of depositions within the current deadline's time frame.

3. Both Parties assent to a forty-five (45) day extension on the Pretrial Scheduling Order to allow for the completion of written discovery and non-expert depositions.

WHEREFORE, the Parties request that the deadlines listed on the Pretrial Scheduling Order be extended by forty-five (45) days, as reflected above, in this matter.

Respectfully submitted,

The Plaintiff
ROBERT WALDHEIM
By His Attorneys

MICHAEL O. SHEA, ESQ.
BBO No. 555474
ANNE S. DIEBOLD, ESQ.
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413) 596-8005
Facsimile No.: (413) 596-8095

Respectfully submitted,

The Defendant
HOME DEPOT U.S.A., INC.
By Its Attorneys

ROBERT P. JOY, ESQ.
BBO No. 254820
JOSEPH P. MCCONNELL, ESQ.
BBO No. 566412
TRACY THOMAS BOLAND
BBO No. 638878
Morgan Brown & Joy, LLP
200 State Street
Boston, MA 02109
Telephone No.: (617)523-6666
Facsimile No.: (617)367-3125

Dated: December 1, 2005