UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30116-MAP

ROBERT WALDHEIM,
        Plaintiff

v.

HOME DEPOT, U.S.A.,
        Defendant

## ASSENTED-TO MOTION TO EXTEND THE DEADLINES IN THE SCHEDULING ORDER BY THIRTY DAYS

The Plaintiff hereby requests that the Scheduling Order, issued by U.S. District Court Judge Michael A. Ponsor on December 13, 2005, be extended as follows:

(1) that the deadline for all non-expert depositions be extended for thirty (30) days, resulting in non-expert depositions being completed by April 13, 2006;

(2) that also on April 13, 2006, the Plaintiff will convey to the Defendant a report as required by Fed. R. Civ. P. 26(a)(2), regarding any expert whose opinion will be offered at trial;

(3) Defendant's Motion for Summary Judgment will be filed by May 15, 2006;

(4) Plaintiff's opposition to Defendant's Motion for Summary Judgment will be filed by June 16, 2006;

(5) Counsel for the Plaintiff and Counsel for the Defendant will appear before the Court for argument on Defendant's Motion for Summary Judgment on June 26, 2006 at 2:00 p.m. or at a time convenient for the Court;

(6) In the event that Defendant decides not to file a Motion for Summary Judgment, the Defendant will notify the Court no later than June 14, 2006.

The Plaintiff makes this request for the following reasons:

1. All non-expert depositions are currently to be completed by March 13, 2006.
2. The Parties need additional time in which to complete discovery for good cause, as they have served written discovery requests and have noticed depositions, yet Plaintiff's Counsel has a trial in this Court beginning on January 30, 2006 and another trial in Superior Court which is anticipated to begin within the next four weeks. In addition, Plaintiff's Co-Counsel has a planned one-week vacation in mid-February. Therefore, Plaintiff's Counsels' schedules preclude the completion of non-expert discovery within the current deadline's time frame.
3. The Defendant assents to a thirty (30) day extension on the Pretrial Scheduling Order to allow for the completion of written discovery and non-expert depositions.

WHEREFORE, the Parties request that the deadlines listed on the Pretrial Scheduling Order be extended by thirty (30) days, as reflected above, in this matter.

| | |
|---|---|
| Respectfully submitted, | Assented to by, |
| The Plaintiff<br>ROBERT WALDHEIM<br>By His Attorneys | The Defendant<br>HOME DEPOT U.S.A., INC.<br>By Its Attorneys |
| *(signature)*<br>MICHAEL O. SHEA, ESQ.<br>BBO No. 555474<br>ANNE S. DIEBOLD, ESQ.<br>BBO No. 657626<br>Law Office of Michael O. Shea, P.C.<br>451 Main Street<br>Wilbraham, MA 01095<br>Telephone No.: (413)596-8005<br>Facsimile No.: (413)596-8095 | *(signature)*<br>ROBERT P. JOY, ESQ.<br>BBO No. 254820<br>JOSEPH P. MCCONNELL, ESQ.<br>BBO No. 566412<br>TRACY THOMAS BOLAND<br>BBO No. 638878<br>Morgan Brown & Joy, LLP<br>200 State Street<br>Boston, MA 02109<br>Telephone No.: (617)523-6666<br>Facsimile No.: (617)367-3125 |

Dated: January 25, 2006