UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ROBERT WALDHEIM,

       Plaintiffs,                          Civil Action No.05-30116-MAP

v.

HOME DEPOT U.S.A., INC.,

       Defendant.

_____

## JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Robert Waldheim ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby jointly request that the deadlines in the Scheduling Order issued by this Court on January 27, 2006 be enlarged by forty-five (45) days.  As grounds for this Motion, the parties state that, to date, the parties have exchanged written discovery and Plaintiff has begun, but not completed, four depositions. In addition, Defendant was scheduled to conduct Plaintiff's depositions on March 22, 2006 but Plaintiff had to postpone that deposition due to illness.  Finally, both parties are in the process of exchanging additional written discovery responses and supporting documentation.  Given the number of depositions to be conducted, Plaintiff's illness, and the ongoing exchange of discovery, the parties need additional time to complete fact discovery.

Specifically, the parties request that the Scheduling Order deadlines be enlarged in the following manner:

     (1)    The deadline for all non-expert discovery and exchange of expert witness lists shall be enlarged from April 13, 2006 until May 31, 2006;

     (2)    The deadline for dispositive motions shall be changed from May 15, 2006 until June 30, 2006;

     (3)    The deadline for any response to dispositive motions shall be changed from June 16, 2006 until July 31, 2006; and

     (4)    The case management conference previously set for June 26, 2006 at 2:00 p.m. shall be rescheduled for a date that is convenient for the Court.

WHEREFORE, the parties respectfully request that the Court enlarge the deadlines in the Scheduling Order in accordance with the aforementioned agreed upon proposal.

| ROBERT WALDHEIM, | HOME DEPOT U.S.A., INC. |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Michael O. Shea | /s/ Tracy Thomas Boland |
| Michael O. Shea (BBO# 555474) | Robert P. Joy (BBO# 254820) |
| Law Office of Michael O. Shea | Joseph P. McConnell (BBO# 566412) |
| 451 Main Street | Tracy Thomas Boland (BBO# 638878) |
| Wilbraham, MA 01095 | Morgan, Brown & Joy, LLP |
| 416 596-8005 | 200 State Street |
|  | Boston, MA 02109 |
|  | 617 523-6666 |

Dated: March 28, 2006

2