UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROBERT WALDHEIM,
                Plaintiff

v.                                             Civil Action No.: 05-30116

HOME DEPOT U.S.A., INC.,
                Defendant

## ASSENTED-TO MOTION OF ANNE S. DIEBOLD TO WITHDRAW AS CO-COUNSEL FOR THE PLAINTIFF, ROBERT WALDHEIM

NOW COMES Anne S. Diebold and hereby moves to withdraw as co-counsel for the Plaintiff, Robert Waldheim, in the above-entitled matter. As reason therefor, Attorney Diebold is leaving the employ of the Law Office of Michael O. Shea, P.C., as of Friday, April 28, 2006.

This Motion is brought for good cause and is not intended to delay.

Respectfully submitted,

The Plaintiff
ROBERT WALDHEIM
By His Attorneys

_[signature]_
MICHAEL O. SHEA
BBO No. 555474
ANNE S. DIEBOLD
BBO No. 657626
Law Office of Michael O. Shea, P.C.
451 Main Street
Wilbraham, MA 01095
Telephone No.: (413)596-8005
Facsimile No.: (413)596-8095

Date: April 27, 2006

## Local Rule 7.1(A)(2) Certification

I hereby certify that I have conferred with Counsel of Record for the Defendant regarding the within Motion and that Defendant's Counsel assents to the filing of the within Motion.

*Anne S. Diebold*

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served to Counsel of Record for the Defendant this 27th day of April, 2006 by electronic filing through the ECF system.

*Anne S. Diebold*