## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

ROBERT WALDHEIM,

           Plaintiffs,                      Civil Action No.05-30116-MAP

v.

HOME DEPOT U.S.A., INC.,

           Defendant.
_____

### JOINT MOTION TO EXTEND SCHEDULING ORDER

Plaintiff, Robert Waldheim ("Plaintiff"), and defendant, Home Depot U.S.A., Inc. ("Defendant"), (collectively "parties"), hereby jointly request that the deadlines in the Scheduling Order issued by this Court on March 28, 2006 be enlarged by thirty (30) days. As primary grounds for this Motion, the parties state that they are in the process of scheduling a mediation of this matter.  In addition, if the parties are unable to resolve the matter, there is some limited discovery outstanding.  Although the deadlines in this case have been jointly extended twice previously, the parties seek this additional extension with a good faith belief that this attempt at mediation may result in a successful resolution of this matter.

To date, Plaintiff has propounded, and Defendant has responded to, one set of interrogatories and two requests for the production of documents; Defendant has propounded, and Plaintiff has responded to, one set of interrogatories and one request for documents; Plaintiff has conducted four depositions and anticipates the need for three

additional depositions; Defendant has conducted, and suspended, Plaintiff's deposition and anticipates the possible need to resume Plaintiff's deposition subsequent to receipt of Plaintiff's full medical records.

Specifically, the parties request that the Scheduling Order deadlines be enlarged in the following manner:

(1)    The deadline for all non-expert discovery and exchange of expert witness lists shall be enlarged from May 31, 2006 to June 30, 2006;

(2)    The deadline for dispositive motions shall be changed from June 30, 2006 to July 31, 2006;

(3)    The deadline for any response to dispositive motions shall be changed from July 31, 2006 to August 31, 2006; and

(4)    The case management conference previously set for September 8, 2006 at 2:00 p.m. shall be rescheduled for a date that is convenient for the Court.

WHEREFORE, the parties respectfully request that the Court enlarge the deadlines in the Scheduling Order in accordance with the aforementioned agreed upon proposal.

ROBERT WALDHEIM,                    HOME DEPOT U.S.A., INC.

By her attorney,                          By their attorneys,


/s/ Michael O. Shea                    /s/ Tracy Thomas Boland
Michael O. Shea (BBO# 555474)         Robert P. Joy (BBO# 254820)
Law Office of Michael O. Shea         Joseph P. McConnell (BBO# 566412)
451 Main Street                       Tracy Thomas Boland (BBO# 638878)
Wilbraham, MA 01095                   Morgan, Brown & Joy, LLP
416 596-8005                          200 State Street
                                      Boston, MA 02109
                                      617 523-6666

Dated: May 25, 2006