UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

ROBERT WALDHEIM,

       Plaintiffs,                          Civil Action No.05-30116-MAP

v.

HOME DEPOT U.S.A., INC.,

       Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, Robert Waldheim and Home Depot U.S.A., Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that said action be dismissed as to all claims, with prejudice, without interest or costs, and waiving all rights of appeal.

| ROBERT WALDHEIM, | HOME DEPOT U.S.A., INC. |
|---|---|
| By her attorney, | By their attorneys, |
| /s/ Michael O. Shea | /s/ Tracy Thomas Boland |
| Michael O. Shea (BBO# 555474) | Robert P. Joy (BBO# 254820) |
| Law Office of Michael O. Shea | Joseph P. McConnell (BBO# 566412) |
| 451 Main Street | Tracy Thomas Boland (BBO# 638878) |
| Wilbraham, MA 01095 | Morgan, Brown & Joy, LLP |
| 416 596-8005 | 200 State Street |
| | Boston, MA 02109 |
| | 617 523-6666 |

Dated: July 18, 2006